**Gilbert H. ARREAZOLA, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 03–15241.

D.C. No. CV–02–00633–JCM.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Aug. 19, 2003.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM **

Federal prisoner Gilbert H. Arreazola appeals pro se the district court's dismissal of his 28 U.S.C. § 2241 petition, which seeks to challenge his 188–month sentence for conspiracy to distribute cocaine. We have jurisdiction pursuant to 28 U.S.C. § 2253(a). Reviewing de novo, *Tripati v. Henman,* 843 F.2d 1160, 1162 (9th Cir. 1988), we affirm.

Arrcazola seeks to challenge his sentence under *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Despite Arreazola's contrary assertion, this is a challenge to the validity of his sentence, which must normally be brought in a motion under 28 U.S.C. § 2255. *See Lorentsen v. Hood,* 223 F.3d 950, 953 (9th Cir.2000). Arreazola contends, however, that he may bring his challenge under § 2241 through § 2255's "savings clause." *See* 28 U.S.C. § 2255 (stating that a prisoner may use § 2241 instead of § 2255 when the remedy under § 2255 "is inadequate or ineffective to test the legality of his detention"). However, the district court correctly determined that Arreazola has failed to demonstrate that the savings clause applies. *See Moore v. Reno,* 185 F.3d 1054, 1055 (9th Cir.1999) (per curiam) (concluding that AEDPA's filing limitations on § 2255 motions do not make § 2255 inadequate or ineffective); *Tripati,* 843 F.2d at 1162 (stating that § 2255 is not inadequate or ineffective merely because a given claim would not be successful). Because Arreazola did not

properly invoke § 2241 and because the district court was not the sentencing court and therefore could not entertain a § 2255 motion, the district court properly dismissed the petition. *See id.* at 1163.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.